**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-2577-WJM-BNB

ROBERT PARKER,

    Plaintiff,

v.

M&M Energy LLC, and
FOSTER ENERGY SERVICES, LLC

    Defendants.

---

**ORDER ADOPTING APRIL 2, 2014 RECOMMENDATION OF MAGISTRATE JUDGE
DISMISSING CASE WITHOUT PREJUDICE**

---

    This matter is before the Court on the April 2, 2014 Recommendation of United States Magistrate Judge Boyd N. Boland (the "Recommendation") that Plaintiff's case be dismissed for failure to prosecute. (ECF No. 49.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

    The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF No. 49, at 1 n.1.) Despite this advisement, no objections to the Magistrate Judge's Recommendation have to date been received.

    The Court concludes that the Magistrate Judge's analysis was thorough and sound, and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the

recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate."). In addition to the reasons for dismissal cited by the Magistrate Judge in the Recommendation, the Court notes that mail addressed to the Plaintiff has been returned as undeliverable. (ECF Nos. 50 and 51.) Plaintiff's failure to maintain a current address with the Court violates the local rules, and is further evidence that Plaintiff has abandoned this litigation. *See* D.C.COLO.LCivR 11.1(d) (stating that "[w]ithin five days after any change of address. . . notice of the new address, . . .shall be filed.")

In accordance with the foregoing, the Court ORDERS as follows:

(1) The Magistrate Judge's Recommendation (ECF No. 49) is ADOPTED in its entirety; and

(2) The above captioned action is hereby DISMISSED WITHOUT PREJUDICE for failure to prosecute.

Dated this 15th day of May, 2014.

BY THE COURT:

William J. Martínez
United States District Judge

2